UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WILLIAM G. SCHISLER, SR.,

                          Plaintiff,

                                                          6:14-CV-0793
v.                                                        (GTS/TWD)

RONALD RIZIO; and SHERRI RIZIO,

                          Defendants.
_____

APPEARANCES:

WILLIAM G. SCHISLER, SR.
  Plaintiff, *Pro Se*
1010 Green Street
Utica, New York 13502

GLENN T. SUDDABY, United States District Judge

## **DECISION and ORDER**

       Currently before the Court, in this *pro se* disability discrimination action filed by William G. Schisler, Sr. ("Plaintiff") against the two above-captioned private individuals ("Defendants"), are (1) United States Magistrate Judge Therese Wiley Dancks' Report-Recommendation recommending that Plaintiff's Complaint be *sua sponte* dismissed with prejudice; and (2) Plaintiff's Objection to the Report-Recommendation. (Dkt. Nos. 5, 7.) After carefully reviewing the relevant filings in this action, the Court can find no error in the Report-Recommendation, clear or otherwise: Magistrate Judge Dancks employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Court accepts and adopts the Report-Recommendation for the reasons stated therein. (Dkt. No. 5.)

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 5) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is *sus sponte* **DISMISSED** with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: October 15, 2014
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge